UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          Case No.    6:13-bk-06657
                                                Chapter 13
David O. Cevallos,
Claudia Cevellos,

    Debtors.
_____/

## CHAPTER 13 PLAN

    Come now, the Debtors, David O. Cevallos and Claudia Cevellos, and file this Chapter 13 Plan. The projected disposable income of the Debtors is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtors shall pay the following sums to the Chapter 13 Standing Trustee:

### PLAN PAYMENTS

| Payment Number by Months | Amount of Monthly Plan Payment |
|---|---|
| 1-60 | $313.00 |

    The Debtors shall pay by money order, cashier's check, or wage deduction, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, TN 38101-1103. The Debtors' names and case number must be indicated clearly thereon and must be received by the due dates for payments established by court order.

### PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| J. Craig Bourne | $1,781.00 | $30.00 | 1-12 |
|  |  | $59.20 | 13-36 |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Santander Consumer USA | 2,911.00 | $249.54 | 1-12 |

(Note: Claim secured by 2004 Hyundai Santa Fe, to be paid with reasonable interest of 5.25%)

| Secured Arrearage | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| None | | | |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Property to Be Surrendered:**

| Creditor Name | Property Address: |
|---|---|
| Wells Fargo | 1088 Princewood Ct., Orlando, FL 32810 |
| WF Financial Cards | 1088 Princewood Ct., Orlando, FL 32810 |

Valuation of Security:
(Motion to Value must be consistent with plan treatment)

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

Executory Contracts: NONE

Unsecured Creditors: whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: **100%**

Property of the Estate revests in the Debtor upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtors.

Dated: 5-2-2013

David O. Cevallos

Dated: 5-2-2013

Claudia Cevallos

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Debtors' Chapter 13 Plan has been furnished on 5/29, 2013 to the following creditors or interested persons by either electronic transmission or via U.S. Mail:

Debtors: David O. Cevallos & Claudia Cevallos, 1088 Princewood Ct., Orlando, FL 32801
Laurie K. Weatherford, Trustee, P.O. Box 3450, Winter Park, FL 32790
All listed creditors and interested parties on the attached USBC mailing matrix

/s/ J. Craig Bourne
J. CRAIG BOURNE, ESQUIRE
Florida Bar No. 999466
1520 E. Livingston St.
Orlando, FL 32803
Tel: (407) 894-6750
Fax: (407) 894-4735
E-mail: craigbournelaw@yahoo.com
Attorney for the Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:13-bk-06657<br>Middle District of Florida<br>Orlando<br>Wed May 29 17:29:20 EDT 2013 | Claudia Cevallos<br>1088 Princewood Ct<br>Orlando, FL 32810-4540 | David O Cevallos<br>1088 Princewood Ct<br>Orlando, FL 32810-4540 |
| Bill Me Later<br>Pob 2394<br>Omaha NE 68103-2394 | Edfinancial<br>120 N Seven Oaks Dr<br>Knoxville TN 37922-2359 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Orange County Tax Collector<br>Attn: Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 | Payday Green Loans<br>Pob 270<br>Box Elder MT 59521-0270 |
| Santander Consumer USA<br>Attn Bankruptcy Dept<br>Pob 560284<br>Dallas TX 75356-0284 | WF Financial Cards<br>Pob 14517<br>Des Moines IA 50306-3517 | Wells Fargo<br>4143 121st St<br>Urbandale IA 50323-2310 |
| Wells Fargo Financial<br>800 Walnut St N0005-083<br>Des Moines IA 50309-3891 | J Craig Bourne +<br>Law Office of J Craig Bourne<br>1520 East Livingston Street<br>Orlando, FL 32803-5436 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2217 |

Note: Entries with a '+' at the end of the name have an email address on file in CMECF

End of Label Matrix
Mailable recipients    15
Bypassed recipients     0
Total                  15